**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1264

Aldolphus Wilson

- - Versus - -

19th Judicial District Court
Louisiana Department of Public Safety & Corrections          Case #: 684530
East Baton Rouge Parish

On Application for Rehearing filed on 06/16/2020 by Aldolphus Wilson

Rehearing ___denied_____

Page McClendon

Jewel E. "Duke" Welch

Guy Holdridge

Date __AUG 0 3 2020__

Rodd Naquin, Clerk